COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



## ORDER ON MOTION

Cause number:      *Ralph O. Douglas v. Joyce Booker*, 01-11-00026-CV

Date motion filed:   March 27, 2013

Type of motion:     Motion for Rehearing

Party filing motion:  Appellant

Ordered that motion be:

       ☐    Granted
       ☑    Denied
       ☐    Dismissed (*e.g.*, want of jurisdiction, moot)
       ☐    Struck

Judge's signature: /s/ Terry Jennings
          ☐ Acting individually    ☑ Acting for the Court

Panel consists of Justices Jennings, Bland, and Massengale

Date: April 2, 2013